·the appeal to abide the event of the new trial, payable out of the estate. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred. Order to be settled before the presiding justice.

In the Matter of the Application of Schwartz & Cohn, Inc., Appellant, for Leave to Withdraw Moneys, etc. Allwin Construction Company, Respondent.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Rich, Stapleton and Putnam. JJ., concurred.

Rawdon W. Kellogg, Respondent, v. Wilner Construction Company and Others, Defendants, Impleaded with Isaac Arker, Appellant.— Order of the County Court of Queens county affirmed, with ten dollars costs and disbursements. (See Colwell Lead Co. v. Home Title Ins. Co., No. 1, 154 App. Div. 83; affd., 208 N. Y. 591; Astor Mortgage Co. v. Milton Construction Co., 151 App. Div. 557; Barwin Realty Co. v. Union Stove Works, 146 id. 319; Herzog v. Marx, 202 N. Y. 1.) Jenks, P. J., Burr, Rich, Stapleton and Putnam, JJ., concurred.

Mary E. Kipp, Appellant, v. F. W. Woolworth & Company, Respondent.— Judgment and order unanimously affirmed, with costs, on authority of Kipp v. Woolworth & Co. (150 App. Div. 283). Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

Edward Kromer, Appellant, v. Louisa Klett, Individually and as Executrix, etc., of Martin Klett, Deceased, Respondent.— The examination and decision of this case have not been affected by any alleged insufficiency in the findings, but upon the pertinent facts it is considered that the judgment should be affirmed. Judgment affirmed, with costs. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Edward Kromer, Appellant, v. Louisa Klett, Individually and as Executrix, etc., of Martin Klett, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. (See decision in Kromer v. Klett, ante, p. 920, decided herewith.) Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Louise T. Leib, as Administratrix, etc., of George M. Lohner, Deceased, Appellant, v. Edmund R. Lowe, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

Alma V. Lund, as Administratrix, etc., Respondent, v. Grant Smith and Others, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

Peter Markevich, Appellant, v. Royal Insurance Company, Limited, Respondent. (Appeal No. 2.)— Under the decisions of Tebo v. Baker (77 N. Y. 33) and Goldenberg v. Zirinsky (114 App. Div. 827), no jurisdiction over plaintiff was acquired by the service of an order for his examination upon his attorneys. The order appealed from is, therefore, reversed, with ten dollars costs and disbursements, and without prejudice to further proceedings which defendant may take to examine plaintiff before trial. Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ., concurred.

Leonora McLaughlin, Suing on Behalf of Herself and of All Other Cred-